IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

JUN 2 8 2019

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. SONJIA MICHELLE MUNNERLYN and JEREMY DOUGLAS SMITH, Defendants. | CR 18–44–M–DLC ORDER |

This matter comes before the Court on the United States' motion for final order of forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. § 853 and 21 U.S.C. § 853(p).

2. Forfeiture was ordered in their judgments and pronounced on the sentencing records in open court for Jeremy Douglas Smith on February 12, 2019 and for Sonjia Michelle Munnerlyn on April 25, 2019. (Docs. 67, 68, 77, 78.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 81.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. § 853 and 21 U.S.C. § 853(p).

It is therefore ORDERED that:

1. The motion for final order of forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853 and 21 U.S.C. § 853(p), free from the claims of any other party, the following property:

- 2001 gray Lexus IS300, VIN# JTHBD182510013268; and

- Hi-Point 9mm handgun, S/N P1967835.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 28th day of June, 2019.

Dana L. Christensen, Chief District Judge
United States District Court